UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-80102-ROSENBERG/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN R. HARRIS,

    Defendant.
    _____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant Justin R. Harris's Motion for Attorneys' Fees and Costs, DE 348, which was previously referred to the Honorable William Matthewman for a Report and Recommendation, DE 351. On June 20, 2018, Judge Matthewman issued a Report and Recommendation recommending that Defendant's Motion be denied without prejudice to Defendant's ability to pursue any appropriate relief that may be available in Florida state court. DE 367. No objections were timely filed. The Court has conducted a *de novo* review of Magistrate Judge Matthewman's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Matthewman's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Matthewman's Report and Recommendation and concludes that the Motion should be denied without prejudice for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Matthewman's Report and Recommendation [DE 367] is hereby **ADOPTED**;

2. Defendant's Motion is **DENIED WITHOUT PREJUDICE** to Defendant's ability to pursue any appropriate relief that may be available in Florida state court

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of July, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record